UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.  Case No. 3:20MJ1089(SALM)

JOSEPHER Y. CARTAGENA

### Affidavit in Support of Criminal Complaint and Arrest Warrant

I, Matthew G. Hancock, a Task Force Officer with the Federal Bureau of Investigation, being duly sworn, state:

### Introduction

1. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), in that I am empowered by law to conduct investigations and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

2. I have been employed as a State Trooper with the Connecticut State Police in the Central District Major Crime Division since June 2015. Before that, starting in March 2014, I was a member of the New Haven Police Department. Since July 2018, I have been a Task Force Officer with the Federal Bureau of Investigation (FBI). I am currently assigned to the Safe Streets Gang Task Force Squad in the FBI's New Haven Field Office. As a Task Force Officer, I have been the principal investigator in investigations involving narcotics and firearms trafficking, violent gang and criminal enterprises, drug trafficking organizations, and interstate theft rings. I am familiar with, and have used, a wide variety of investigative techniques, including the development of confidential human sources, Title III wiretaps, source debriefings, electronic and physical surveillance, trash pulls, controlled purchases, telephone toll record

analysis, and pen registers. I have also executed numerous search warrants and arrest warrants. As a result of my training and experience, I am also familiar with federal criminal law.

3. I submit this affidavit in support of a criminal complaint and arrest warrant for **Josepher Y. Cartagena** (birth year 1996) for violations of 18 U.S.C. § 2312 (interstate transport of a stolen vehicle).

4. The facts in this affidavit come from my personal observations; my training and experience; my conversations with other police officers, agents, and task force officers; my review of reports and video surveillance; and information obtained from other witnesses. This affidavit is intended to show merely that there is probable cause for the requested criminal complaint and arrest warrant and does not set forth all my knowledge about this matter.

## Probable Cause

5. The FBI is investigating a group of individuals who, for the past six months or more, have been conducting coordinated burglaries of new-car dealerships and mobile phone stores in Connecticut and elsewhere, often hitting multiple locations in one night. Based on my training and experience and the events described below, I believe Cartagena is a member of the group, whose members travel in one vehicle from New York to Connecticut, force entry into a car dealership, locate and steal vehicle key fobs, use the key fobs to unlock and operate vehicles parked in the dealership's lot, and then drive away with and steal those vehicles and transport them from Connecticut to New York. The group has similarly burglarized mobile phone stores, stealing substantial numbers of new phones.

6. In one incident, on **July 25, 2020**, around **5:30 a.m.**, suspects arrived at the Danbury Dodge dealership on Federal Road in Danbury, Connecticut, driving a black Jeep Grand Cherokee. The dealership's manager believed the Jeep bore a Pennsylvania rear license plate and no front license plate. Two suspects, described by the manager as black males, and

shown in surveillance footage to be slim males of possibly white or Hispanic complexion, exited the Jeep. One of the males wore a T-shirt, tight jeans, a red baseball cap, rubber gloves, and a surgical mask. The two suspects ran to the dealership's service bay door, inspected the door, and then went back to the Jeep. They returned to the door shortly after, broke a window in the door, and gained entry to the service bay. The suspects then entered the dealership's office and took a key belonging to a white 2020 Dodge Charger SRT Hellcat Widebody, which was parked in front of the dealership's showroom. The suspect in the red baseball cap then entered the Charger Hellcat while the other returned to the Jeep. Both vehicles then drove away. The Charger Hellcat was unregistered, sold, and due to be delivered to the customer that day.

7. Based on my training and experience and discussion with knowledgeable persons, I know that the Charger Hellcat is a rare model and among the most expensive motor vehicles sold by Dodge. The rear of the vehicle bears a distinctive emblem: a silver and black stylized head of a cat baring its teeth, next to the letters "SRT":



8. About an hour after the Danbury, Connecticut burglary described above, around **6:46 a.m.**, a license plate recognition (LPR) station photographed a white Charger Hellcat with no license plate, followed closely by a black Jeep Grand Cherokee bearing a Pennsylvania license plate—the two vehicles involved in the Danbury burglary—traveling south on the Hutchinson River Parkway in Pelham, New York (the same red car, not a suspect, can be seen in both photographs, showing the relative positions of the suspects' vehicles):

3





9. Law enforcement's review of surveillance footage of the Danbury burglary revealed that the Pennsylvania license plate number on the black Jeep seen at the dealership matches that of the black Jeep depicted above.

10. The stolen Charger Hellcat was then used in other burglaries. The following sequence of events occurred four days after the Danbury burglary, in the early morning of **July 29, 2020**: Around **3:38 a.m.**, Madison police responded to an active burglar alarm at the Madison Chrysler Jeep Dodge Ram dealership on Boston Post Road in Madison, Connecticut. At the scene, police observed that someone had smashed a window at the dealership and apparently forced entry into the building. Police secured the building and did not locate any suspects. A

dealership employee then arrived on the scene and reported to the police that no vehicles or property were missing.

11.     Around **3:46 a.m.** (about ten minutes after Madison police responded to the dealership alarm), Guilford police responded to an active burglar alarm at an AT&T store, also on Boston Post Road, in Guilford, Connecticut, about 2.5 miles from the Madison dealership. At the scene, police similarly discovered a smashed window and apparent forced entry and no suspects in the store. However, police observed that a rear entry door to the store had been propped open with a chair, with no evidence that the door had been forced open from outside the store, which suggests the door was opened from inside the store. Police discovered an open safe in a back room of the store.

12.     An AT&T store employee then arrived and allowed police to view surveillance footage of the apparent break-in. The footage showed a new, white Charger arrive at the store. A tall, slim male with light or Hispanic complexion exited from the passenger side of the Charger. The individual, later identified as Cartagena, wore a black baseball cap; a white T-shirt with red, yellow, and green images on the front; slim blue jeans; white sneakers; a blue dust mask; and black latex gloves. Cartagena walked up to the store, placed his hand against a glass window, and the window then shattered, which indicates to me, based on my training and experience, that he used a glass-punch-type device. Cartagena then entered the store and walked to the back room where the safe was located, as depicted below:



13. Cartagena opened the safe (the safe appears to have been unsecured), removed boxes of phones from the safe, then ran back to the broken window, where a second, unknown male was waiting: **Unknown Male 1**, described as a tall, heavyset black male wearing khaki shorts, black sneakers, a red T-shirt, and a dust mask, depicted below:



14. Cartagena handed the stolen phones to Unknown Male 1, then returned to the back room and removed more phones. On the way back to the Charger Hellcat, Cartagena dropped some phones on the ground. Unknown Male 1 and another unknown male (**Unknown Male 2**, whose clothes could not be seen clearly in the video) helped Cartagena pick up the phones. The three men then entered the Charger Hellcat and left the area. The value of the stolen phones was over $20,000.

15. On the ground outside the AT&T store, police located a fingertip from a black latex glove. The surveillance footage also showed that one of Cartagena's black latex gloves was missing a fingertip. Police secured the evidence and submitted it to a lab for DNA testing. On October 20, 2020, the lab reported a positive DNA match from the DNA detected in the glove fingertip to an individual in their database, namely, Josepher Y. Cartagena, birth year 1996, of Bronx, New York, whose complexion, height, and weight are consistent with the individual with the latex gloves observed at the AT&T store. Based on my training and experience, I know that a DNA match of this type is highly reliable. Accordingly, I have concluded that Cartagena was at the location of the burglary and, as described below, stole a vehicle that was then transported interstate.

16. Around **4:48 a.m.** (about an hour after Guilford police responded to the AT&T alarm), Milford police responded to an active burglar alarm at another dealership, Milford Auto Group, on Boston Post Road in Milford, Connecticut, about 20 miles from the AT&T store. As police arrived at the scene, they observed a new, white Charger parked in front of the dealership. As the officer's patrol vehicle approached the Charger (depicted below outside the dealership), the Charger's operator turned on the car's lights and honked the horn numerous times, as if to alert or alarm others.



17. The Charger began traveling east on Boston Post Road. The police turned on their patrol vehicle's lights and siren to attempt a motor vehicle stop. A red Jeep Grand Cherokee then sped out of the dealership's lot onto Boston Post Road, almost striking the side of the patrol vehicle. The Jeep and the Charger then sped away. The officer believed he observed two occupants in the Charger and one in the Jeep. The patrol vehicle terminated pursuit due to the vehicles' reckless operation.

18. Milford police then processed the scene of the dealership burglary. They observed that a glass door and window had been smashed, indicating a forced entry. They located no suspects in the building. An owner of the dealership arrived and allowed police to watch surveillance recordings. Police observed Cartagena and an unknown male wearing a red T-shirt with a white logo on the front, red shorts, and a surgical mask exit the Charger and walk toward the dealership. (I believe this person to be Unknown Male 2 based on the evidence that a three-person crew committed this string of burglaries, and that the individual does not match the description of Unknown Male 1 from the AT&T store burglary). Cartagena and Unknown Male 2 pulled on doors at the dealership, seemingly attempting to find an open one, and then used an

unknown object to break a glass door and gain entry. Cartagena and Unknown Male 2 then entered the dealership, where they are depicted below:



19. Cartagena and Unknown Male 2 walked from office to office opening desk drawers, collecting any key fobs they found and testing whether the fobs activated lights or alarms from any vehicles in the lot.

20. The footage then showed Cartagena use a key fob that triggered a red 2019 Jeep Grand Cherokee in the lot. Unknown Male 2 then ran back to the Charger and entered the passenger side. The Charger, with its headlights off, then drove onto Boston Post Road and waited in front of the dealership, where Milford police found it when they arrived. Cartagena then exited the dealership, entered the driver's side of the red Jeep, started the vehicle, as depicted below, and then sped recklessly out of the lot, almost striking the police cruiser, as noted above.



21.     About an hour after this burglary, around **5:53 a.m.**, a license plate recognition (LPR) station photographed a white Charger Hellcat and a red Jeep Grand Cherokee (no plate) traveling south on the Hutchinson River Parkway in Pelham, New York:



22.     An officer who temporarily pursued these vehicles reported seeing no license plate on either vehicle about an hour before the photograph above was taken. If the officer's observation was accurate, it is reasonable to believe, and I do believe, that the suspects affixed a license plate to the Charger Hellcat in the hour or so between the officer's pursuit and the

10

photograph. The group under investigation is known to misuse out-of-state plates (stolen or belonging to other vehicles) on vehicles they steal, I believe to evade detection by law enforcement.

23.  I have probable cause to believe, and do believe, that Cartagena and other members of his group have committed similar dealership and mobile phone burglaries in Connecticut and elsewhere, based on matching patterns of conduct, physical appearances of the suspects, and getaway vehicles (including the distinctive Charger Hellcat, shown below at the scene of another dealership burglary in Milford, Connecticut, on July 31, 2020):



**Conclusion**

24.  Based on the foregoing, there is probable cause to believe, and I do believe, that Josepher Y. Cartagena violated 18 U.S.C. § 2312 (interstate transport of a stolen vehicle) by transporting and causing the transport of a stolen vehicle in interstate commerce, namely, the red 2019 Jeep Grand Cherokee, knowing that vehicle to be stolen.

25. Because of the ongoing nature of this investigation, I request that the complaint and this affidavit be maintained under seal until further order of the Court.

HANCOCK.MATTHEW.G.H45X58C86
Digitally signed by HANCOCK.MATTHEW.G.H45X58C86
Date: 2020.12.16 15:49:00 -05'00'

MATTHEW G. HANCOCK
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn before me by telephone on December 16, 2020, in New Haven, Connecticut.

Sarah A. L. Merriam, U.S.M.J.
Digitally signed by Sarah A. L. Merriam, U.S.M.J.
Date: 2020.12.16 16:34:09 -05'00'

HON. SARAH A. L. MERRIAM
UNITED STATES MAGISTRATE JUDGE